# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*<br><br>Plaintiff,<br><br>v.<br><br>VIPINBHAI D. PATEL; SAROJ PATEL,<br><br>Defendants. | Adv. Proc. No.: 19-51134 (JKS)<br><br>**Ref. Docket No. 22** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                                         ) ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2021, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated April 27, 2021, [Docket No. 22] by causing a true and correct copy to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *Vipinbhai D. & Saroj Patel, 1347 Essex Drive, Hoffman Estates, IL 60192*.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3.  The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
30th day of April, 2021
*/s/ Andrea R. Speelman*
Andrea R Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024